# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
FEB 18 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Darrell Blake Browning
_____

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:25CV-92-JHM
(To be supplied by the clerk)

Louisville Metro Government

WellPath
_____

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Darrell Blake Browning

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 South 6th Street Louisville, KY 40202

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE (_)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Louisville Metro Government_ is employed as _____ at _Louisville Metro Government_

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant _WellPath_ is employed as _____ at _WellPath_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Louisville Metro Government and WellPath violated Darrell Browning's eighth ammendment right due to cruel and unusual punishment and his fourteenth ammendment right due to deliberate indifference to his medical needs. On 4/12/2021 Browning was transported from University of Louisville Hospital to LMDC after suffering five gunshot wounds on 3/9/2021. He was released from the hospital with prescriptions for oxycodone and gabapentin for nerve pain (neuropathy), but medical staff at the jail informed him that he would not receive those medications due to policy. Weeks later at a follow-up appointment at U of L hospital with his trauma doctors Browning was once again given a prescription for gabapentin, but medical at the jail still refused to administer that medication. Browning filed numerous health service requests informing medical that the medications they gave him for the pain didn't work and that he was still in pain, but his complaints were never taken seriously or resolved. He suffered a gunshot wound to the left lung and has had trouble

4

## III. STATEMENT OF CLAIM(S) continued

with his breathing since then, especially when sleeping. He complained several times to medical, but nothing was ever done to address the problem. Browning was in the hospital several days in November 2021 to have his ostomy reversed. He was released from the hospital with a prescription for oxygen, but he was only given the oxygen for one night at the jail. Approximately a month or two after having his ostomy reversed Browning started notifying medical of a bulge where his ostomy was, but nothing was ever done to address the problem as the bulge continued to grow. In January 2022 Judge Annie O'Connell court ordered Louisville Metro Department of Corrections to administer the gabapentin and oxygen to Browning, but medical still refused to do so. Browning filed greivances regarding the court order not being obeyed and his medical issues, but nothing was ever done to remedy the problems. During the several years incarcerated in LMDC Browning filed numerous health service requests regarding the bulge in his stomach growing and hurting, the medications he was given for his neuropathy not helping and still being in pain, and trouble with his breathing, but nothing was done to provide relief. WellPath's contract with LMDC ended in the first quarter of 2024. In July

5. A.

## III. STATEMENT OF CLAIM(S) continued

2024 another court order was issued for the gabapentin that also included medical care regarding the huge bulge where the ostomy once was. Yes Care's medical staff then started administering the gabapentin and addressing the bulge and breathing problems. Darrell Browning was forced to suffer mentally, emotionally, and physically due to the deliberate indifference to his medical needs.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 3,000,000

___ grant injunctive relief by _____

✓ award punitive damages in the amount of $ 3,000,000

___ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 2nd day of February, 2025

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 2-13-2025.

_____
(Signature)

6

Darrell Browning #518315
400 S. 6th Street
Louisville, KY 40202

FILED
JAMES J. VILT, JR. - CLERK
FEB 18 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court Clerk
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

LOUISVILLE KY 402
THU 13 FEB 2025 PM
JAIL MAIL
UNCENSORED
Louisville Metro Corrections Department
Not Responsible